**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. 6:25-00258 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| NICHOLAS MILLER (01) | MAGISTRATE JUDGE WHITEHURST |

**ORDER**

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed,

**IT IS ORDERED** that restitution be awarded to Minor Victim 2 in the amount of $3,000 pursuant to 18 U.S.C. § 2259(b)(2)(B) to be paid by Defendant Nicholas Miller.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this 23rd day of September, 2026.

S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE